Michael L. Previto, Esq.
535 Broad Hollow Road, Suite A 3
Melville, New York 11747
Office: (631) 773-4504
Cell: (631) 379-0837

E-mail: mchprev@aol.com

*Additional mailing address:*
*6 Lyndon Lane*
*South Setauket, NY 11720*

The Hon. Elizabeth S. Stong
United States Bankruptcy Court
217 -C Cadman Plaza West
Brooklyn, New York

Re: Porto Resources Inc.
Case no 14-41430 ess

Report on Confirmation order

Your Honor,

I am the Attorney for the Debtor, Porto Resources in the above matter.

I submitted the confirmation order which has been vetted and approved by the Secured Creditor and The UST and I believe this confirmation order is ready to signature on Wednesday

Respectfully Yours,

Michael L. Previto

Cc: US Trustee's Office
CC: Thomas Draghi Esq.
C: Robert Brill Esq.